IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**LEWIS RANSBURGH, SR., #07834**                                     **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 3:09-cv-400-HTW-LRA**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS, et al.**         **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the order of dismissal issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 8th day of December, 2009.

                                                   **s/ HENRY T. WINGATE**
                                                   **CHIEF UNITED STATES DISTRICT JUDGE**